# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANTHONY BRIAN MALLGREN, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:25-cv-03044 (UNA)
)
)
UNITED STATES OF AMERICA, )
)
Defendant. )

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has filed a Complaint ("Compl."), ECF No. 1, and an Application for Leave to Proceed *in forma pauperis* ("IFP"), ECF No. 2. The Court grants Plaintiff's IFP Application, and for the reasons discussed below, dismisses this matter pursuant to Federal Rule 8(a).

Plaintiff sues the United States. *See* Compl. at 1. The Complaint is vague and sparse. Plaintiff states only that he "had a wallet go missing when traveling from Atlanta to Houston," and that he "has been otherwise negatively affected by criminal culture that is enabled and promoted by the use of unaccountable currency." *Id*. For relief, he demands "[c]urrency phase out of currencies which do not inherently offer a method of auditable accounting." *See id*.

*Pro se* litigants must comply with the Federal and Local Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239–40 (D.D.C. 1987). Federal Rule 8(a) requires a complaint to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that respondents receive fair notice of the claim

being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). Here, Plaintiff's ambiguous allegations fall well short of providing notice of any claim or establishing this Court's subject matter jurisdiction.

Accordingly, the Court dismisses the Complaint, and this matter, without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

Date:  December 9, 2025

/s/_____
ANA C. REYES
United States District Judge